CBMcK/2003R01359

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-270 (MLC) |
| v. | : | 18 U.S.C. § 1518 |
| MERCERVILLE MEDICAL ASSOCIATES | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT 1

From in or about February, 2004 to in or about January, 2006, in the District of New Jersey, defendant

MERCERVILLE MEDICAL ASSOCIATES

knowingly and willfully prevented, obstructed, misled, delayed and attempted to prevent, obstruct, mislead and delay the communication of information and records relating to a violation of a Federal health care offense to a criminal investigator.

In violation of Title 18, United States Code, Section 1518.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

**United States District Court**
**District of New Jersey**

**UNITED STATES OF AMERICA**

v.

**MERCERVILLE MEDICAL ASSOCIATES**

**INFORMATION FOR**

Title 18, United States Code, Section 1518

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY NEWARK, NEW JERSEY*

CHARLES B. MCKENNA
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*
*(973) 645-2716*