CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY  07102
(973)645-22736
LAB0321

October 8, 2008

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. MARY L. COOPER** |
| *PLAINTIFF,* | : | *CRIMINAL No. 08-270* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **MERCERVILLE MEDICAL ASSOCIATES,** | : | Document filed electronically |
| | : | |
| *DEFENDANT*. | | |

The Judgement in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Mercerville Medical Associates.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY


s/ LEAH A. BYNON
By:   LEAH A. BYNON
      ASSISTANT U.S. ATTORNEY